Case 1:08-cv-03281   Document 5   Filed 06/06/2008   Page 1 of 2

FILED: JUN 6, 2008
08CV3281
JUDGE MANNING
MAGISTRATE JUDGE KEYS
RCC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ILLINOIS ) | |
|        Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| eBAY INC., ) | |
|        Defendant. ) | |

### EBAY INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant eBay Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 5% or more of its stock.

Respectfully submitted,

eBay Inc.

Dated: June 6, 2008                    By: s/Lori E. Lightfoot
                                            One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
 312-360-6000

## CERTIFICATE OF SERVICE

I, Lori E. Lightfoot, an attorney, hereby certify that on June 6, 2008, I caused a copy of the foregoing eBay Inc.'s Corporate Disclosure Statement to be served via United States Mail, first class postage prepaid, upon the following:

Weston W. Hanscom
Jason L. Rubin
City of Chicago
Department of Law
 Revenue Litigation Division
30 North LaSalle Street, Suite 900
Chicago, IL 60602-2580

                                                                         s/Lori E. Lightfoot