IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, ILLINOIS | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3281 |
| | ) | |
| v. | ) | Blanche Manning |
| | ) | |
| eBay INC., | ) | Magistrate Arlander Keys |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

eBay Inc., through its counsel, hereby, moves this court to extend the time for it to answer or otherwise plead to July 25, 2008. In support of this Motion, defendant states as follows:

1. On June 6, 2008, this case was removed to this court from the circuit court of Cook County.

2. Pursuant to Rule 81(c)(2)(C), the time for the defendant to answer or otherwise plead is five days after the removal or June 13, 2008.

3. Pending approval by this court, the parties have agreed that the defendant shall have until July 25, 2008 to answer or otherwise plead.

4. This extension of time is not sought for purposes of delay, but to facilitate additional fact investigation so that the defendant can determine the appropriate responsive pleading to file in this matter.

WHEREFORE, for the foregoing reasons, defendant hereby respectfully urges this court to grant its Agreed Motion to Extend the Time to Answer or Otherwise plead from June 13, 2008 to July 25, 2008.

Respectfully submitted,

eBay Inc.

Dated: June 13, 2008

By: s/Lori E. Lightfoot
One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6000

## CERTIFICATE OF SERVICE

I, Lori E. Lightfoot, an attorney, hereby certify that on June 13, 2008, I caused a copy of the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead and Notice of Motion to be served via e-mail upon the following:

Weston W. Hanscom
Jason L. Rubin
City of Chicago
Department of Law
 Revenue Litigation Division
30 North LaSalle Street, Suite 900
Chicago, IL 60602-2580


                                    s/Lori E. Lightfoot