IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, ILLINOIS | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3281 |
| | ) | |
| v. | ) | Blanche Manning |
| | ) | |
| eBay INC., | ) | Magistrate Arlander Keys |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

    PLEASE TAKE NOTICE that on Thursday, June 19, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche Manning, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present the Agreed Motion to Extend Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

                                            eBay Inc.

Dated:  June 13, 2008                                 By: s/Lori E. Lightfoot
                                                                          One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6000

## CERTIFICATE OF SERVICE

I, Lori E. Lightfoot, an attorney, hereby certify that on June 13, 2008, I caused a copy of the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead and Notice of Motion to be served via e-mail upon the following:

Weston W. Hanscom
Jason L. Rubin
City of Chicago
Department of Law
 Revenue Litigation Division
30 North LaSalle Street, Suite 900
Chicago, IL 60602-2580


s/Lori E. Lightfoot