### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, ILLINOIS | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3281 |
| | ) | |
| v. | ) | Blanche Manning |
| | ) | |
| eBay INC., | ) | Magistrate Arlander Keys |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

eBay Inc., through its counsel, hereby moves this Court to extend the time for it to answer or otherwise plead to August 8, 2008. In support of this Motion, Defendant states as follows:

1. The deadline for Defendant to answer or otherwise plead is currently set for July 25, 2008.

2. The representative of Defendant who is working with counsel on Defendant's responsive pleading is currently out of the country on business, and will then be unavailable while on a long-scheduled vacation.

3. Pending approval by this Court, the parties have agreed that the Defendant shall have until August 8, 2008 to answer or otherwise plead.

4. This extension of time is not sought for purposes of delay.

WHEREFORE, for the foregoing reasons, Defendant hereby respectfully urges this Court to grant its Agreed Motion to Extend the Time to Answer or Otherwise plead from July 25, 2008, to August 8, 2008.

                                            Respectfully submitted,
                                            eBay Inc.

Dated:  July 16, 2008                        By: s/Lori E. Lightfoot
                                                      One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, ILLINOIS | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3281 |
| | ) | |
| v. | ) | Blanche Manning |
| | ) | |
| eBay INC., | ) | Magistrate Arlander Keys |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER**

    This matter coming on the Agreed Motion of eBay Inc., due notice having been given and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED:

Defendant eBay Inc. shall answer or otherwise plead on or before August 8, 2008.

    ENTERED:

_____
Hon. Blanche Manning

Dated: July ___, 2008