IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, ILLINOIS | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3281 |
| | ) | |
| v. | ) | Blanche Manning |
| | ) | |
| eBay INC., | ) | Magistrate Arlander Keys |
| | ) | |
| Defendant. | ) | |

### NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche Manning, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by her and then and there present the Agreed Motion to Extend Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

eBay Inc.

Dated: July 16, 2008                                     By: s/Lori E. Lightfoot
                                                              One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

CHDB03 9181911.1 16-Jul-08 12:36

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6000