IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY OF CHICAGO, ILLINOIS

          Plaintiff,

                                Case No. 08 CV 3281

v.

                                Hon. Blanche M. Manning

EBAY, INC.

          Defendant.

## AGREED MOTION FOR LEAVE TO FILE AN OVERSIZE BRIEF

Defendant eBay, Inc. ("eBay"), by and through its attorneys, hereby moves for an order granting eBay leave to file an oversize memorandum of law in support of its motion to dismiss. In support of this agreed motion, eBay states as follows:

1. On August 8, 2008, eBay will file its motion to dismiss and ask this Court to dispose of the case against eBay in its entirety.

2. eBay has endeavored to make its supporting memorandum of law as concise as possible, but because of the number and complexity of potentially-dispositive legal issues involved, eBay was unable to address those issues fully in a 15-page memorandum.

3. eBay has conferred with Plaintiff's counsel, and Plaintiff's counsel has agreed to eBay's motion for leave to file an oversize memorandum not exceeding 40 pages.

WHEREFORE, Defendant eBay, Inc. respectfully requests an order granting it leave to file a memorandum in excess of 15 pages, but no longer than 40 pages, in support of its motion to dismiss.

Dated: August 4, 2008

Respectfully submitted,

*eBay, Inc.*

By: s/   Lori E. Lightfoot
      One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6000