IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ILLINOIS<br><br>                Plaintiff,<br><br>   v.<br><br>EBAY, INC.<br><br>                Defendant. | Case No. 08 CV 3281<br><br>Hon. Blanche M. Manning |

## NOTICE OF AGREED MOTION

To:   All Counsel of Record

     PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the courtroom usually occupied by her, Room 2125 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the AGREED MOTION FOR LEAVE TO FILE AN OVERSIZE BRIEF, a copy of which is attached hereto and hereby served upon you.

Dated: August 4, 2008

                                                    Respectfully submitted,

                                                    *eBay, Inc.*

                                                    By: s/   Lori E. Lightfoot
                                                          One of its attorneys

                                                    Michele Odorizzi
                                                    Lori E. Lightfoot
                                                    MAYER BROWN LLP
                                                    71 South Wacker Drive
                                                    Chicago, IL 60606
                                                    312-782-0600

                                                    Charles A. Rothfeld
                                                    MAYER BROWN LLP
                                                    1909 K Street, N.W.
                                                    Washington, D.C. 20006
                                                    202-263-3000

                                                    Michael J. Kelly
                                                    Jill E. Anderson

                F<small>REEBORN</small> & P<small>ETERS</small> LLP
                311 South Wacker Drive
                Suite 3000
                Chicago, IL 60606
                312-360-6000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 4, 2008, she caused a copy of the foregoing Defendant eBay, Inc.'s AGREED MOTION FOR LEAVE TO FILE AN OVERSIZE BRIEF and NOTICE OF AGREED MOTION regarding same via the Northern District of Illinois Electronic Filing System to all registered counsel.

Dated: August 4, 2008                       By: s/ Lori E. Lightfoot