## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

City of Chicago, Illinois
                    Plaintiff,

v.                                   Case No.: 1:08−cv−03281
                                            Honorable Blanche M. Manning

eBay Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendant's agreed motion for leave to file excess pages [19] is denied without prejudice as the motion fails to explain specifically why the requested number of pages is warranted.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.