**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, ILLINOIS | |
| Plaintiff, | |
| | Case No. 08 CV 3281 |
| v. | |
| | Hon. Blanche M. Manning |
| EBAY, INC. | |
| Defendant. | |

## NOTICE OF RENEWED AGREED MOTION

To:  All counsel of record.

PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the courtroom usually occupied by her, Room 2125 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the RENEWED AGREED MOTION FOR LEAVE TO FILE AN OVERSIZE BRIEF, a copy of which is attached hereto and hereby served upon you.

Dated August 6, 2008

Respectfully submitted,

*eBay, Inc.*

By:  /s/ Lori E. Lightfoot
  One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006
202-263-3000

Michael J. Kelly
Jill E. Anderson
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
312-360-6000