IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ILLINOIS<br><br>              Plaintiff,<br><br>   v.<br><br>EBAY, INC.<br><br>              Defendant. | Case No. 08 CV 3281<br><br>Hon. Blanche M. Manning |

## DEFENDANT EBAY, INC.'S MOTION TO DISMISS

Defendant eBay, Inc. ("eBay"), by its attorneys, hereby moves to dismiss Plaintiff's Complaint for failure to state a claim on which relief may be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of its motion, eBay files an accompanying brief setting forth the basis for this motion in detail.

Dated: August 8, 2008

Respectfully submitted,

*eBay, Inc.*

By: s/  Lori E. Lightfoot
       One of its attorneys

Michele Odorizzi
Lori E. Lightfoot
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600

Charles A. Rothfeld
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000

        Michael J. Kelly
        Jill E. Anderson
        FREEBORN & PETERS LLP
        311 South Wacker Drive
        Suite 3000
        Chicago, IL 60606
        312-360-6000

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on August 8, 2008, she caused a copy of the foregoing Defendant eBay, Inc.'s MOTION TO DISMISS, MEMORANDUM OF DEFENDANT eBAY, INC. IN SUPPORT OF ITS MOTION TO DISMISS, and NOTICE OF MOTION regarding same via the Northern District of Illinois Electronic Filing System to all registered counsel.

Dated: August 8, 2008                            By: s/   Lori E. Lightfoot