IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ILLINOIS<br><br>                Plaintiff,<br><br>   v.<br><br>EBAY, INC.<br><br>                Defendant. | Case No. 08 CV 3281<br><br>Hon. Blanche M. Manning |

## NOTICE OF MOTION

To:   All Counsel of Record

     PLEASE TAKE NOTICE that on Thursday, August 21, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the courtroom usually occupied by her, Room 2125 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant eBay, Inc.'s MOTION TO DISMISS, a copy of which is attached hereto and hereby served upon you.

Dated: August 8, 2008

                                                      Respectfully submitted,

                                                      *eBay, Inc.*

                                                      By: s/   Lori E. Lightfoot
                                                             One of its attorneys

                                                      Michele Odorizzi
                                                     Lori E. Lightfoot
                                                     MAYER BROWN LLP
                                                     71 South Wacker Drive
                                                     Chicago, IL 60606
                                                     312-782-0600

                                                     Charles A. Rothfeld
                                                     MAYER BROWN LLP
                                                     1909 K Street, N.W.
                                                     Washington, D.C. 20006
                                                     202-263-3000

        Michael J. Kelly
        Jill E. Anderson
        FREEBORN & PETERS LLP
        311 South Wacker Drive
        Suite 3000
        Chicago, IL 60606
        312-360-6000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 8, 2008, she caused a copy of the foregoing Defendant eBay, Inc.'s MOTION TO DISMISS, MEMORANDUM OF DEFENDANT eBAY, INC. IN SUPPORT OF ITS MOTION TO DISMISS, and NOTICE OF MOTION regarding same via the Northern District of Illinois Electronic Filing System to all registered counsel.

Dated: August 8, 2008                      By: s/ Lori E. Lightfoot