IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ILLINOIS<br><br>     Plaintiff,<br><br> v.<br><br>EBAY, INC.<br><br>     Defendant. | Case No. 08 CV 3281<br><br>Hon. Blanche M. Manning |

## NOTICE OF AGREED MOTION

To: All Counsel of Record

  PLEASE TAKE NOTICE that on Thursday, August 28, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the courtroom usually occupied by her, Room 2125 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the AGREED MOTION FOR STIPULATED BRIEFING SCHEDULE AND TO FILE AN OVERSIZED BRIEF, a copy of which is attached hereto and hereby served upon you.

Dated: August 25, 2008

              Respectfully submitted,

              *eBay, Inc.*

              By: s/ Lori E. Lightfoot
                One of its attorneys

              Michele Odorizzi
              Lori E. Lightfoot
              MAYER BROWN LLP
              71 South Wacker Drive
              Chicago, IL 60606
              312-782-0600

              Charles A. Rothfeld
              MAYER BROWN LLP
              1909 K Street, N.W.
              Washington, D.C. 20006
              202-263-3000

       Michael J. Kelly
       Jill E. Anderson
       FREEBORN & PETERS LLP
       311 South Wacker Drive
       Suite 3000
       Chicago, IL 60606
       312-360-6000