UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

City of Chicago, Illinois
        Plaintiff,

v.              Case No.: 1:08−cv−03281
              Honorable Blanche M. Manning

eBay Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

   MINUTE entry before the Honorable Blanche M. Manning: Defendant's Motion to dismiss [24] is entered. Plaintiff to file a response by 9/12/2008. Defendant to reply by 9/26/2008. Ruling will be by mail. No appearance necessary on 8/21/2008. Status hearing set for 8/21/2008 is stricken. The Court will set further dates as necessary when it rules on the motion to dismiss. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.